# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LEE, | |
|     Plaintiff, | Case No. 2:13-cv-01928-JCM-CWH |
| vs. | **ORDER** |
| STEVEN B. WOLFSON, et al., | |
|     Defendants. | |

Mail to plaintiff has been returned with the notation that plaintiff is no longer in custody at the Clark County Detention Center.  Plaintiff has failed to comply with local rule LSR 2-2, which requires her to promptly inform the court of any changes in address.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of her current address.  The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

DATED:  November 13, 2013.

_____
JAMES C. MAHAN
United States District Judge